**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
GAINESVILLE DIVISION

SECOND AMENDED
**EMPLOYMENT DISCRIMINATION COMPLAINT FORM**

**TO BE USED BY PRO SE LITIGANTS IN ACTIONS**
**FILED UNDER 42 U.S.C. § 2000e**, *et seq.*, **(Title VII of the Civil Rights Act)**
**29 U.S.C. § 621**, *et seq.*, **(Age Discrimination in Employment Act)**
**OR 42 U.S.C. § 12112**, *et seq.*, **(Americans with Disabilities Act)**

RONG RAN,
(Name of Plaintiff)

vs.

CASE NO: 1:07 cv 249- MP- AK
(To be assigned by Clerk)

Infinite Energy Inc,
Mr. Darin Cook, legal Representative
(Name of Defendant which should + President
generally be the name of the Employer.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

2008 JAN 25 PM 3: 26

LT

FILED

Case No: 1:07CV249-MP-AK

I. **PARTIES:**

   A. **PLAINTIFF:**

State your <u>full name</u>, full mailing address, and phone number:

Name of Plaintiff: RONG RAN

Mailing address: 1604 SW. 40th Terrace Apt# E Gainesville FL 32607-4088

Phone # (352) 538-7799

   B. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line (place where you were employed or sought employment) and mailing address.

Defendant's name: Infinite Energy Inc. Darin Cook, Bill Ross, Martin Mertz

Mailing address: 7001 SW. 24th Ave Gainesville FL 32607

**PLEASE CONTINUE ANSWERING ALL QUESTIONS ON THE FOLLOWING PAGES**

Case No. 1:07CV249-MP-AK

## II. FACTUAL BACKGROUND:

1. Defendant Employer is: **Infinite Energy Inc.**
2. Defendant's business is: **Natural Gas Retailer Company**
   Business address - location of headquarters: **7001 SW. 24th Ave. Gainesville FL 32607**
3. Plaintiff ☐ sought employment from Defendant on _____
   or ☒ was employed by Defendant from **8/29/2005** until **11/01/2007**
4. The location where Plaintiff was employed or sought employment was:
   (street address) **7001 SW. 24th Ave**
   (city/county and state) **Gainesville / Alachua County / Florida**
5. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission on: **11/06/2007**.
6. The Respondent(s) named on the EEOC charging document: **Infinite Energy Inc. Darin Cook + Bill Ross** . (attach document).
7. Defendant discriminated against Plaintiff as described in Section III of this complaint on or about _____ (day) **Jan. through Oct till Nov. 1** (month), and **2007** (year).
8. As claimed in the EEOC charging document, Defendant discriminated against Plaintiff because of Plaintiff's: ☐ gender/sex _____ (please identify)
   ☒ race _____        ☐ color _____
   ☐ religion _____    ☒ national origin _____
   ☐ disability _____  ☒ age  Date of Birth is **4-15-1956**
   ☐ other (explain): **Retaliation for my freedom of Speech with cruelty.**
9. Defendant discriminated against Plaintiff when Defendant:
   ☐ failed to hire Plaintiff         ☒ terminated Plaintiff's employment
   ☒ failed to promote Plaintiff      ☒ retaliated against Plaintiff
   ☐ failed to accommodate Plaintiff's disability    ☒ unequal treatment
   ☐ other (explain): **Unusual cruelty and Conspiracy againt me.**
10. The EEOC issued a Notice of Right to Sue which was dated: _____ and which was received by Plaintiff on **EEOC + FCHR are working now.**
    » »  The notice is attached to this complaint.  ☐ yes ☒ no  « «
11. Plaintiff also filed charges concerning this discrimination with the Florida Commission on Human Relations on: **11/14/2007** or ☐ did not file.

3

Case No. 1:07CV249-MP-AK

**JURISDICTIONAL AND STATUTORY BASIS OF CLAIM:**

This action is brought for discrimination in employment pursuant to:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

- ☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117

*Note: To bring suit in federal court under any of the above Acts, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.

### III.    STATEMENT OF FACTS:

Briefly state the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. Additional pages may be added to state the relevant facts if necessary. Absent extraordinary circumstances, no more than two (2) additional pages should be attached.

I was discriminated by customer service management Led by Bill Ross (Director) and Martin Mertz (Supervisor) and even retaliated when I reported to higher ups of this company. Bill Ross even planned + operated cruel + illegal confinement + search when firing me on 11/01/2007.

1. I was deprived of the right + equality for job promotion and pay raise throughout the employment in the company.
2. I was discriminated against for the professional training → 12-week session program in 2007. They excluded me the Chinese representative, though I requested again + again.
3. I was deprived + discriminated for giving suggestions to the company suggestion box, while others could do it.
4. I was discriminated + tortured during + even after being fired. Infinite Energy HR Manager Dennis Frisco mailed a threatening letter on 11/29/2007. Others would have free entry, not me. This is also the retaliation since I filed complaints to EEOC.

4

Case No. 1:07CV249-MP-AK

5. The customer service management laughed at my poverty (could not afford a car) and laughed at my biking to and from work. A co-worker told me. I went to Joyce HR clerk in CEO building and cried to her. She encouraged me to keep applying other positions in other department. I did many times.

6. Seat arrangement isolated me from other reps. I was alone at the corner for 10 months. Then they fired me when they put Ray a young Spanish Rep to the next seat. Then I was gone.

7. Customer Service celebrate reps and supervisors' especially Bill Ross birthdays, mine went unnoticed. I did not hear a Happy Birthday blessing.

8. Supervisor plotted written punishment with fabrication or deleted or added versions of my personal file + doc. without signatures at all. Some has scratched the date and added another date. When I refused to sign, Martin Mertz would not let me go back to my work station. He even fooled me by saying why I should need a copy, where I could keep it.

9. In general, the management treated me as inferior the only one Chinese; one supervisor even used the phrase illegal alien while I am not. The discrimination + retaliation made such damage to my life and to that of my family that I had to take them to court for justice.

12.     The facts as set forth above in Section III of this complaint:
      ☒ are still being committed by Defendant against Plaintiff
      ☐ are no longer being committed by Defendant against Plaintiff

13.     Plaintiff:  ☐ still works for Defendant  ☒ no longer works for Defendant, or not hired.

5

Case No: 1:07CV249-MP-AK

14. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ yes   ☐ no   Explain: _____

## IV. REQUEST FOR RELIEF:

As relief from the allegations of discrimination as stated above, Plaintiff prays that the Court grant the following relief to Plaintiff:
- ☐ Defendant be directed to employ Plaintiff
- ☒ Defendant be directed to re-employ Plaintiff
- ☒ Defendant be directed to promote Plaintiff
- ☐ Defendant be directed to *pay all the damages done by customer service management.*

As additional relief to make Plaintiff whole, Plaintiff seeks: *for compensation both financially and in grief. The mental suffering has made my health a problem. I have been deeply hurt + depressed.*
- ☐ injunctive relief (please explain): _____
- ☒ monetary damages (please explain): *loss of past pay, future pay + loss of insurance and humiliation + mental misery and destroyed health*
- ☒ costs and fees involved in litigating this case.

and such other relief as may be appropriate, including attorney's fees, if applicable.

Plaintiff seeks a ☒ jury trial   ☐ bench trial (without jury)

**I, hereby, declare under penalty of perjury that the foregoing statements have been written by me and are true and correct.**

1-25-2008
(Date)

*Rong Ran*
(Signature of Plaintiff)

RONG RAN
(please print or type name legibly)

1604 SW. 40th Terrace
Apt # E  Gainesville FL
32607-4088
(full mailing address)

1604 SW. 40th Terrace
Apt # E Gainesville, FL
32607-4088

Revised 08/2005

6