


*State of Florida*
# Florida Commission on Human Relations
*An Equal Opportunity Employer • Affirmative Action Employer*



**Charlie Crist**
*Governor*

2009 Apalachee Parkway • Suite 100 • Tallahassee, Florida 32301-4857

(850) 488-7082
Web Site http://fchr.state.fl.us

**Dr. Donna Elam**
*Chair*

**Derick Daniel**
*Executive Director*

## NOTICE OF RECEIPT OF COMPLAINT

November 14, 2007

Ms. Rong Ran
1604 Southwest 40th Terrace
Apartment E
Gainesville, FL 32607

Re:  FCHR No. 200800425
     EEOC No. 15D200800129
     Ran, Rong v. Infinite Energy

Dear Ms. Ran:

The Commission has received your complaint of employment discrimination and has assigned the above referenced charge numbers. The Commission will provide a copy of your charge and notice of charge to the Respondent simultaneously with this notice. We will make every attempt to investigate your claim within 180 days and if we exceed that time limit, we will notify you by letter of your options.

You filed your charge under one or more of the following laws: (a) The Florida Civil Rights Act of 1992, as amended (Chapter 760, Florida Statutes); (b) Title VII of the Civil Rights Act of 1964, as amended; (c) The Age Discrimination in Employment Act (ADEA); and/or (d) The Americans with Disabilities Act (ADA).

In accordance with our procedures, we have dual – filed your charge with the U.S. Equal Employment Opportunity Commission. Section 1601.76 of EEOC regulations entitles you to request a Substantial Weight Review of this Commission's final findings. To obtain this review, you must notify the EEOC in writing within fifteen (15) days of your receipt of this Commission's final findings in your case. You are not required to make a request for review at this time.

---

**COMMISSIONERS**

**Dr. Onelia A. Fajardo**
*Miami*

**Gayle Cannon**
*Lake City*

**Billy Whitefox Stall**
*Panama City*

**Anice R. Prosser**
*Tallahassee*

**Shahrukh S. Dhanji**
*Coconut Creek*

Notice of Receipt, FCHR No. 200800425
Page Two

You can request a review by EEOC only after receipt of this Commission's final findings in your case. If you do not request a Substantial Weight Review, EEOC will generally adopt the findings and orders of this Commission. Please mail your request for Substantial Weight Review to the following address:

U. S. Equal Employment Opportunity Commission
Miami District Office
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131

The law prohibits retaliation against any person for making a complaint, testifying, assisting or participating in an investigation, proceeding, or hearing on an alleged unlawful employment practice. If you believe that any retaliation has occurred, contact this Commission immediately.

In connection with your complaint of discrimination, you are invited to attend and participate in a Mediation Conference in an effort to expeditiously and amicably resolve this dispute. The mediation process offers an alternative to investigation of this complaint and is designed to allow the parties to resolve this matter in a voluntary and informal process. The enclosed brochure describes the mediation process in detail. It is our experience that mediation results in reduced costs, avoids lengthy investigations, and leads to early resolutions in a non-adversarial proceeding.

If you wish to participate in FCHR's Mediation process, please sign, date and return the enclosed Agreement to Mediate and Confidentiality Agreement no later than ten (10) days of the date of this letter. If you do not return these forms with your signature and date within ten (10) days of the date of this letter, indicating that you are interested in mediation, then we will proceed with the investigation of this case.

Regulations require that you immediately notify this Commission and the EEOC of any change in your address or telephone number, as well as keep us informed of any prolonged absence from your current address. Your cooperation in this matter is essential.

When corresponding with this Commission concerning this matter, please include FCHR No. 200800425.

Sincerely,


Employment Manager
Enclosures

**Florida Commission on Human Relations**
**2009 Apalachee Pkwy., Suite 100**
**Tallahassee, FL 32301**

**CHARGE OF DISCRIMINATION**

Complaint # *2 0 0 80 0 4 2 5 . A6*

Name (Indicate Mr., Ms., or Mrs. etc.)
**Ms. Rong Ran**

Telephone #  Home: **(352) 538-7799**
Other: **(352)**

Street Address:
**1604 SW 40 Terrace, Apt. E**

City, State, and Zip Code:
**Gainesville, FL  32607-4088**

List the employer, labor organization, employment agency, apprenticeship committee, government agency, or other person who discriminated against you.

| | |
|---|---|
| **Infinite Energy** | **Hundreds** |
| Agency Name | No. of employees |
| **7001 SW 24th Avenue** | **Gainesville, FL    32607** |
| Street Address | City   State        Zip Code |
| **(352) 331-1654** | **Alachua** |
| Telephone Number | County |

Cause of Discrimination Based on:

Date Most Recent or Continuing
Discrimination Took Place: **11/1/07**

X Race _ Color _Sex
_ Religion_Disability X National Origin (Chinese)
_Marital Status _ Age _ Retaliation

**Personal Harm: Discharge, loss of pay and benefits, disparate treatment, denial of promotions, interviews and training**

**Reason for Adverse Action: Bill Ross, Call Center Director, told me that I was fired for poor performance.**

**Discriminatory Statement(s): I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act and/or Title VII of the Federal Civil Rights Act for the following reasons:**

**I was employed for more than 2 years with very good performance and very good attendance. On 11/1/07, the Call Center Director and the HR Manager escorted me to another building without allowing me to collect my belongings from my work station. When I received the box with my belongings some items were missing. I was not allowed to go back in to the building where my work station was located. Managers have made derogatory comments about me riding a bike. The company is very into celebrating employee birthdays and contributions are expected from other employees. Management never said a word about my birthday. My Team Lead did not speak to me but spoke with others with smiles. Her expression was scolding with a harsh tone. I was isolated socially and in the location of my desk. I applied for 3 promotions and was not even contacted for an interview. I requested customer service training several times and was denied. Other employees received training and opportunities.**

## NOTARIZED SIGNATURE

_Rong Ran_
(Signature of Person Making Statement)

_11 - 06 - 2007_
(Date)

_Mary J. Neuberger_
(Witness)

_Nov. 06, 2007_
(Date)

_Jacquelyn Hart Willia_
(Witness)

_11-06-07_
(Date)

STATE OF FLORIDA
COUNTY OF ALACHUA

Sworn to and subscribed before me this 6th day of November, 2007

by Rong Ran who acknowledged before me that she is the

person who signed the foregoing statement.

Personally Known _____ or Produced <u>Permanent Resident Card</u> (Type of Identification
Produced).          076-987-230

NOTARY PUBLIC-STATE OF FLORIDA
Jill Weinsier
Commission # DD703717
Expires:   AUG. 09, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

_____
(Notary Seal)

_Jill Weinsier_
Signature of Notary Public-State of Florida

My Commission Expires <u>8/9/11</u>

Page 2 of 2