IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RONG RAN,

    Plaintiff,

v.                                              CASE NO. 1:07-cv-00249-MP-AK

INFINITE ENERGY INC., BILL ROSS,
MARTIN MERTZ, AND DARIN COOK,
LEGAL REPRESENTATIVE AND
PRESIDENT,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 51, Report and Recommendation of the Magistrate Judge, which recommends that Defendants' Motion to Dismiss, Doc. 43, be granted in part and denied in part. The Magistrate filed the Report on January 15, 2009. No party has filed an objection to the Report, and the time to do so has passed. Upon consideration, the Court agrees with the recommendations of the Magistrate. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 51, is ADOPTED and incorporated herein.

2. Defendants' Motion to Dismiss, Doc. 43, is GRANTED as to (1) any ADEA claim by Plaintiff against all defendants and (2) Plaintiff's Title VII claims against BILL ROSS, MARTIN MERTZ, and DARIN COOK individually. Those claims are DISMISSED with prejudice. The motion is DENIED in all other respects, and this case is REMANDED to the Magistrate for further proceedings.

**DONE AND ORDERED** this   *17th* day of February, 2009

                                  *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge