IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONG RAN,

    Plaintiff,

v.                               CASE NO. 1:07-cv-249-MMP-AK

INFINITE ENERGY, INC., et al.,

    Defendants.

_____/

**ORDER**

This matter is before the Court on Defendants' motion to extend the discovery and other deadlines, Doc. 119, and Plaintiff's motion to compel. Doc. 121. As to the motion to extend the deadlines, the Court finds the motion is well taken, and it is **GRANTED**. The deadline for **completion of discovery** is **January 20, 2010**; the deadline for the filing of **dispositive motions, including motions for summary judgment**, is **February 22, 2010.**

As to Plaintiff's motion to compel, it is **DENIED**, as it fails to comply with both the Federal Rules of Civil Procedure (Rule 37(a)(1) requires a good faith certification from Plaintiff that she contacted counsel for Defendants in an effort to resolve the issue before filing the motion to compel) and the Local Rules of this Court (N.D. Fla. Loc. R. 26.2(B) requires that a motion to compel quote verbatim the interrogatory at issue, quote in full Defendants' specific objection, and state the reason the objection should be overruled). It is insufficient for Plaintiff merely to attach Defendants' response to the interrogatories and lodge general objections of fairness.

**DONE AND ORDERED** this  _21th_  day of October, 2009.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**