IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RONG RAN,

       Plaintiff,

v.                                             CASE NO. 1:07-cv-249-MMP-AK

INFINITE ENERGY, INC., et al.,

       Defendants.

_____/

## <u>ORDER</u>

This matter is before the Court on Doc. 131, Plaintiff's certification of good faith in

attempting to resolve a discovery dispute (docketed by the Court as a "motion to produce"), Doc.

132, Plaintiff's motion to compel, and Doc. 137, Plaintiff's motion for extension of time to

comply with the Court's Order, Doc. 130, directing Plaintiff to supplement her interrogatory

answers and respond to Defendants' request for production of documents on or before January

15, 2010.

Docs. 131 and 132 both stem from Plaintiff's requests for information and documents

pertaining to a Chinese-language voice recording that she made for Defendants' customer

service operations while she was employed by Infinite Energy. Plaintiff requested that

Defendants provide the recording itself, as well as any documents created in connection with the

recording. In response, the individual Defendants state that they have no knowledge regarding

the creation or deletion of the recording, and that Plaintiff is in the same or better position to

know when and by whom the recording of her voice was made. Doc. 136. Defendants state that they have been unable to locate the actual recording, but are continuing to search records and computer data systems and will produce the recording if and when it is found. Id.

Upon careful consideration, the Court finds that Plaintiff's motions to produce/compel, Docs. 131 and 132, are not well-taken. Defendants have responded to Plaintiff's requests, and the fact that Plaintiff disagrees with Defendants' responses does not provide a basis for this Court to order any relief. Accordingly, the motions are **DENIED.**

In Doc. 137, Plaintiff alleges that she requires a 30-day extension of time to supplement her responses to Defendants' discovery requests "[d]ue to deep suffering from physical and mental pain, failure to get attorney help though I got some promise, yet again got declined. All in all, I am now very weak both physically and mentally." While the Court appreciates that engaging in litigation may be stressful, Plaintiff elected to file this civil suit and has an obligation to comply with the discovery rules, failing which her case is subject to being dismissed for failure to prosecute. Because Plaintiff is proceeding *pro se*, the Court will afford her one extension of time to comply with the Court's Order, Doc. 130. Accordingly, the motion, Doc. 137, is **GRANTED.** Plaintiff shall comply with the Court's Order, Doc. 130, **on or before February 15, 2010. No further extensions shall be granted absent exigent circumstances.**

**DONE AND ORDERED** this __*12th*__ day of January, 2010.

*s/ A. KORNBLUM*

**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**