IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONG RAN,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-249-MMP-AK

INFINITE ENERGY, INC., et al.,

    Defendants.

_____/

## **ORDER**

This matter is before the Court on Doc. 149, Defendants' third motion to extend the discovery and other deadlines in this case. Defendants contend that a 90-day extension is necessary due to both parties having outstanding discovery requests which cannot be fully resolved by the present April 20, 2010, deadline, as well as pending motions to compel filed by Defendants and a motion for sanctions filed by Plaintiff. See Docs. 144, 146, 148. Defendants also state that additional time is necessary to schedule depositions, as neither party has taken depositions in the case. *Pro se* Plaintiff opposes an extension of the discovery deadline, alleging that Defendants have not acted diligently or in good faith to complete discovery. Doc. 151.

Pursuant to Fed. R. Civ. P. 16(b)(4), the Court may modify its scheduling order upon a showing of good cause. Upon due consideration of Defendants' motion and Plaintiff's response, the Court finds that good cause exists to modify the scheduling order in this case.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The deadline for completion of discovery is July 19, 2010.

2. The deadline for the filing of dispositive motions, including motions for summary judgment, is August 18, 2010**.**

3. The pretrial conference and trial dates will be set by separate order or notice.

**DONE AND ORDERED** this  *15th*   day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge